UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT T. POLAND, | ) | CASE NO. 1:07 CV 1861 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| WILLIAM TOMSON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 1915 and <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997), the total filing fee in the amount of $350 is due. Further, an initial partial fee in the amount of $3.61 is due and should be deducted from plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1] The Clerk is directed to issue a copy of this order and the attached instructions, which are hereby incorporated herein, to the

---

[1] **The prison cashier's office shall not send payments aggregating more than the amount of the full fee.**

plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the court's financial office.

      IT IS SO ORDERED.

                                     <u>s/Christopher A. Boyko</u>
                                     CHRISTOPHER A. BOYKO
                                   UNITED STATES DISTRICT JUDGE

August 16, 2007

PL-3(7/96)N.D. OHIO

```
                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF OHIO


ROBERT T. POLAND,                  )   CASE NO. 1:07 CV 1861
                                   )
        Plaintiff,                 )   JUDGE CHRISTOPHER A. BOYKO
                                   )
     v.                            )
                                   )
WILLIAM TOMSON,                    )
                                   )
        Defendant.                 )
```
_____
STAPLE CHECK HERE



_____